Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANNAH JAMES, Survivor of DAVID LEE LANG,<br><br>              Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration,<br><br>              Defendant. | Civil No. 6:17-cv-00600-PK<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $14,868.50 out of which Plaintiff's attorney shall refund to Plaintiff the amount of any EAJA fees received by counsel, awarded in the amount of $11,000.00, as full settlement of all claims for attorney fees pursuant to 42 U.S.C.

§406(b). Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of _October 26_, 2018

_____
U.S. ~~District Judge~~/Magistrate Judge


PRESENTED BY:

By: /s/ SHERWOOD J. REESE
     Sherwood J. Reese, OSB #144130
     Of Attorneys for Plaintiff